LILLIAN T. McMANUS, Respondent, v. NED D. BIDDISON, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin and Untermyer, JJ. [152 Misc. 239.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING BITZ, Appellant.* — Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

63RD ST. THEATRES, LTD., INC., Appellant, v. MANSION ESTATES, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant, v. C. W. RYAN Co., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CARMELA LOMONICO, an Infant, by Her Guardian ad Litem, FILLIPO LOMONICO, Appellant, Respondent, v. MARTHA E. ARMSTRONG and Others, Respondents, Appellants.— Order affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

XAVIER WINBERRY, an Infant, by HELEN WINBERRY, Guardian ad Litem, and XAVIER L. WINBERRY, Individually, Appellants, v. JOHN C. HEINTZ and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS KATZ and Others, Appellants.— Judgments affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

128 EAST FORDHAM ROAD, INC., Respondent, v. L. SCHWARTZ & Co., INC., Appellant, and FANNY DICHEK, Defendant, and BROWNS CATERING Co., INC., Impleaded, Defendant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ALEXANDER S. HOROVITZ, Respondent, v. PAUL E. KERN, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

BRUDNO BROTHERS DAIRY CORPORATION, Appellant, v. MANUFACTURERS TRUST COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.